| | | | |
|---|---|---|---|
| | AUSA: Barbara Lanning | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Kenton Weston | Telephone: | (313) 202-3400 |

# UNITED STATES DISTRICT COURT
for the

Eastern District of Michigan

United States of America
   v.

Jzahrone Moore

Case: 2:25−mj−30752
Assigned To : Unassigned
Assign. Date : 12/11/2025
Description: CMP USA v Moore (SH)

**CRIMINAL COMPLAINT**

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 9, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm. |
| 18 U.S.C. § 922(o) | Illegal possession of a machinegun. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Kenton Weston, Special Agent-ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 10, 2025__

_Judge's signature_

City and state: __Detroit, Michigan__  Hon. Anthony P. Patti, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF
# AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Special Agent Kenton Weston, being first duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol Tobacco, Firearms and Explosives (ATF) and assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machine Gun Conversion (MCD) Train the Trainer Course, Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accountancy from Western Michigan University.

2. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF-led Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan. During my employment with the ATF, I have been involved as a case agent or co-case agent in over a hundred investigations. Those investigations include but are not limited to: violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs. These investigations have resulted

in the seizure of illicit controlled substances, hundreds of firearms, and over two hundred and twenty-five arrests.

3. This affidavit is based on my personal knowledge based on my participation in this investigation. My information comes from my review of police reports and information obtained from other law enforcement; and information gained through my training and experience. This affidavit merely establishes sufficient probable cause for the requested warrant and does not set forth all the facts known to law enforcement regarding this investigation.

4. ATF is currently investigating Jzahrone MOORE, for possessing a firearm in violation of 18 U.S.C. § 922(g)(1), and illegally possessing a machinegun in violation of 18 U.S.C. § 922(o).

## II. PROBABLE CAUSE

5. On December 9, 2025, shortly after 3:00 a.m., Detroit Police officers patrolling the area of Fenkell and Schaefer Hwy in Detroit, Michigan observed a Chevy Trailblazer parked diagonally on Schaefer Hwy, impeding the flow of traffic. As officers got closer to the Trailblazer, the vehicle's lights were turned off.

6. Officers stopped their patrol vehicle and approached the Trailblazer. While approaching the car, the officers saw the driver—later identified as MOORE—reach into the trunk area from the driver's seat. Officers spoke with MOORE. MOORE informed them that the steering column on the Trailblazer just broke and he was coming from the store. MOORE could not produce a driver's

license and instead told officers he was a "secured party creditor" and that his truck was a "vessel." Officers asked MOORE to step out of the vehicle and temporarily detained him.

7. Officers queried MOORE in law enforcement databases and learned MOORE's license was suspended, and he had arrest warrants out of multiple jurisdictions, including Dearborn and Flint. Officers ordered a tow for the Trailblazer, which was disabled and blocking traffic.

8. Officers conducted and inventory search of the Trailblazer. In the open trunk area of the vehicle, an officer located a Palmetto State Armory AR-style firearm loaded with a drum magazine holding approximately one hundred .223 caliber live rounds.

9. Later, while placing the firearm on evidence, an officer found a triangular metal device directly behind the trigger hammer designed to disable the sear, converting the weapon into a fully automatic firearm.

10. I viewed images and videos of the recovered firearm. In addition to basic ATF training, I am a graduate of a specialized course on privately made firearms and machinegun conversion devices (PMF/MCD). I have provided instruction to DPD officers, ATF Special Agents, and Task Force officers on the identification of PMFs and MCDs. I have experience in the investigation, seizure, and examination of dozens of PMFs and MCDs. After viewing the photographs and videos of the device in the firearm, I believe that what is inserted into the

3

firearm is a machinegun conversion device (MCD). Specifically, a design known as a "Buenos DIAS".

11. Officers took MOORE to the Detroit Detention Center (DDC). At the DDC, officers searched MOORE as part of the booking process and found 10 pills in his pants pocket. An officer took the pills the Narcotics Unit for testing. The pills tested positively as fentanyl.

12. On December 10, 2025, I consulted with Special Agent (SA) Kara Klupacs, an interstate nexus expert. SA Klupacs stated that the Palmetto State Armory AR-style firearm, based on the written description and provided images, without physically examining it, is a firearm as defined by federal law and was manufactured outside the state of Michigan and therefore traveled in and affected interstate commerce.

13. I reviewed a computerized criminal history (CCH) regarding MOORE and saw that MOORE has the following felony charges or convictions:

    a. On May 13, 2015, MOORE was charged with deliver/manufacture marijuana. On August 27, 2015, MOORE pleaded guilty to a reduced count of deliver/manufacture marijuana —attempt in Wayne County Third Circuit Court. He was sentenced to probation.

    b. On July 24, 2015, MOORE was charged with carrying a concealed weapon and assault/resist police. On July 31, 2015, MOORE pleaded guilty to reduced counts of carrying a concealed weapon—attempt

4

and assault/resist police—attempt in Wayne County Third Circuit Court. He was sentenced to probation.

c. On December 15, 2016, MOORE was charged with deliver/manufacture marijuana. On January 18, 2017, MOORE pleaded guilty as charged in Wayne County Third Circuit Court. He was sentenced to probation. Initially, he was sentenced to drug court, but his status was revoked in 2020.

d. On August 28, 2020, MOORE was charged with home invasion—first degree, felonious assault, malicious destruction of a building, and domestic violence. However, the case was dismissed at a preliminary exam on March 10, 2021.

e. On November 11, 2025, MOORE was charged with carrying a concealed weapon, felon in possession of a firearm, felon in possession of ammunition, and two counts of felony firearm. However, the case was later dismissed at a preliminary exam.

14. Based on the number of MOORE's felony convictions, the recency of those convictions, and the fact that MOORE was previously charged with the offense felon in possession of a firearm, probable cause exists that MOORE is aware of his status as a convicted felon and his prohibition from possessing firearms.

## III. CONCLUSION

15. Based upon the aforementioned facts stated herein, there is probable cause to believe Jzahrone MOORE, a convicted felon aware of his felony convictions, did knowingly and intentionally possess Palmetto State Armory AR-style pistol equipped with a machinegun conversion device, said firearm having travelled in and affected interstate commerce, in violation of 18 U.S.C. §§ 922(g)(1), and 922(o). This violation occurred on or about December 9, 2025, in Detroit, Michigan, in the Eastern District of Michigan.

Respectfully submitted,

_____
Kenton Weston
Special Agent, ATF

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
Hon. Anthony P. Patti
United States Magistrate Judge

Dated:  December 10, 2025